**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dwight KNIBBS, a/k/a Paul Bougle, a/k/a Jamaican Paul, Defendant–Appellant.**

**No. 02–6719.**

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Dwight Knibbs, Appellant Pro Se. Samuel Gerald Nazzaro, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwight Knibbs seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's memorandum opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Knibbs,* Nos. CR–90–122; CA–99–22–5 (N.D.W.Va. Jan. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*